IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>(01) DONNA YUK LAN LEONG<br>(02) MAX JOHN SWORD<br>(03) ROY KEIJI AMEMIYA, JR.<br><br>Defendants. | ) | 1:21-cr-00142-LEK<br><br>ORDER OF RECUSAL |

**ORDER OF RECUSAL**

In order to avoid the appearance of impropriety, or a conflict of interest, or any reasonable question regarding my impartiality, I hereby recuse myself from any and all proceedings in this case.

IT IS SO ORDERED.

Dated: Honolulu, Hawaiʻi, January 24, 2022.




Kenneth J. Mansfield
United States Magistrate Judge